LIBERTY WALL PAPER COMPANY, Appellant, *v.* STONER WALL
    PAPER MANUFACTURING COMPANY, Respondent.

*Liberty Wall Paper Co.* v. *Stoner W. P. Co.*, 59 App. Div. 353, affirmed.
    (Argued February 19, 1902; decided March 7, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
March 15, 1901, affirming a judgment in favor of defendant
entered upon a verdict and an order denying a motion for a
new trial.

*Edgar T. Brackett* and *William E. Bennett* for appellant.

*John L. Henning* for respondent.

Judgment affirmed, with costs; no opinion.
    Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, MARTIN and VANN, JJ.

-----

JAMES H. KINGMAN et al., as Administrators of JAMES KING-
    MAN, Deceased, Respondents, *v.* EVE M. DUNSPAUGH,
    Appellant, Impleaded with Another.

*Kingman* v. *Dunspaugh*, 35 App. Div. 625, affirmed.
    (Argued February 19, 1902; decided March 7, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
December 20, 1898, affirming a judgment in favor of plain-
tiffs entered upon a decision of the court at a Trial Term.

*A. Frank B. Chace* and *Gerrit S. Collier* for appellant.

*Edson R. Harder* for respondents.

Judgment affirmed, with costs; no opinion.
    Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, MARTIN and VANN, JJ.